JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
FLSA Counsel
DEMIAN CAMACHO (CSBN 286693)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
350 S. Figueroa Street, Suite 370
Los Angeles, California 90071
Telephone: (213) 894-1594
Facsimile: (213) 894-2064
Email: camacho.demian@dol.gov

JS-6

Attorneys for Plaintiff, Thomas E. Perez,
Secretary, United States Department of Labor

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E. PEREZ,** Secretary of Labor, United States Department of Labor, | ) ) ) **Case No. 2:17-cv-00446** |
| Plaintiff, | ) ) |
| v. | ) ) |
| **FITBE, INC.,** a corporation; **HA-JIREH INVESTMENT, INC.,** a corporation; **JABEZ OK CORPORATION,** a corporation; **JYKY, INC.,** a corporation; **TODAH, INC.,** a corporation; **YEHAH CORPORATION,** a corporation; **KWANG HOON OH,** an individual; **YONG BAE KONG,** an individual; **VICTOR HAN,** an individual; **JUSTIN J. PARK,** an individual; all doing business as **WABA GRILL** | ) ) ) **CONSENT JUDGMENT** ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor ("the Secretary"), and Defendants Fitbe, Inc.; Ha-Jireh Investment, Inc.; Jabez OK Cor-

poration; JYKY, Inc.; Todah, Inc.; Yehah Corporation; Kwang Hoon Oh (a.k.a. "Kenny Oh"); Yong Bae Kong (a.k.a. "Brian Kong"); Victor Han (a.k.a. "Seung Shik Han"); Justin J. Park; all doing business as Waba Grill (collectively, "Defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

A.   The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5), by failing to pay their employees at rates not less than one and one-half times the employees' regular rate of pay in workweeks when employees worked more than 40 hours.

B.   Defendants have retained defense counsel and acknowledge receipt of a copy of the Secretary's Complaint.

C.   Defendants waive issuance and service of process, and waive their right to answer and present any defenses to the Secretary's Complaint.

D.   The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E.   Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the United States District Court for the Central District of California.

F.   Defendants understand and agree that demanding or accepting any of the funds due employees under this Consent Judgment or threatening any employee for accepting money due under this Consent Judgment or for exercising any of their rights under the FLSA is specifically prohibited by this Consent Judgment and may subject Defendants to equitable and legal damages, including punitive damages and civil contempt.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§215(a)(2) and 215(a)(5), in any of the following manners:

1.    Defendants shall not, contrary to FLSA Section 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA Section 3(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

a.    Defendants shall not fail or refuse to aggregate the hours of employees who work at different Waba Grill restaurants in the same workweek for purposes of computing overtime pay due.

2.    Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA Sections 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3.    Defendants, jointly and severally, shall not continue to withhold the payment of $122,150.00 of overtime pay hereby found to be due under the FLSA to 57 employees, as a result of their employment by Defendants during the period of March 15, 2013 to December 9, 2016 ("the subject period") as set forth in the attached Exhibit A,

showing the name of each employee and listing on the same line the gross back wage amount due the employee.

4.     IT IS FURTHER ORDERED AND ADJUDGED that Defendants, jointly and severally, shall pay to the Secretary the aforementioned back wage sum of $122,150.00 (less legally required deductions, including employees' share of Social Security and Federal and State income taxes) plus the additional sum of $122,150.00 as liquidated damages, pursuant to FLSA Section 16(c), 29 U.S.C. § 216(c), for the subject period to the employees named in the attached Exhibit A in the amounts set forth therein.

5.     IT IS FURTHER ORDERED AND ADJUDGED that Defendants shall not continue to withhold payment of $5,700.00 in civil money penalties that have been assessed and finally determined, pursuant to FLSA Section 16(e)(2), 29 U.S.C. § 216(e)(2), for willful and repeated violation of the FLSA.

6.      JUDGMENT IS HEREBY ENTERED in the amount of $250,000.00 against Defendants, jointly and severally, and in favor of the Secretary.

7.     The provisions of paragraphs 3, 4, and 5 of this Consent Judgment will be deemed satisfied when Defendants comply with the following provisions:

a.     Within 30 days of the signing of this Consent Judgment and Order, Defendants will deliver to the Secretary's counsel a cashier's or certified check for one hundred thousand dollars ($100,000.00), made payable to "Wage & Hour Div., Labor." The memorandum line of such check shall read "Waba Grill."  Such check shall be allocated to liquidated damages and shall be maintained by the Secretary's counsel in a locked location pending approval of this Consent Judgment.

b.     Within 30 days of the entry of this Consent Judgment, Defendants shall deliver to the Wage and Hour Division, U.S. Department of Labor, 100 North Barranca Avenue, #850, West Covina, CA 91791, addressed to Daniel Pasquil, District Di-

rector, a schedule containing the last known home address, social security number, and telephone number (if known) for each person named in the attached Exhibit A.

        c.     Defendants shall pay the balance of the back wages, liquidated damages, and civil money penalties due under this Consent Judgment according to the payment schedule at Exhibit B.  On each of the dates on the schedule attached at Exhibit B, Defendants shall deliver a cashier's check or money order, each in the amount of $8,676.71, with a final payment of $8,676.73, as shown on the schedule at Exhibit B, made payable to "Wage & Hour Div., Labor."  The first $22,150.00 of principal payments made under the schedule at Exhibit B will be allocated to liquidated damages; the remaining $108,000.67 of principal payments shall be allocated first to back wages according to the "Net Backwage Schedule" at Exhibit C and then to civil money penalties. Each check made under Exhibit B shall be delivered to the Wage and Hour Division, U.S. Department of Labor, 100 North Barranca Avenue, #850, West Covina, CA 91791, addressed to Daniel Pasquil, District Director.

        8.     The Secretary shall allocate and distribute the net back wages and liquidated damages to the persons named in the attached Exhibit A, or to their estates if necessary, in his sole discretion, and any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall be then deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c).

        9.     In the event of a default in the timely making of the payments specified in this Consent Judgment, the full gross amount outstanding due under this Consent Judgment, plus post-judgment interest at the rate of 10% per year from the date of this Consent Judgment until the monetary amounts due under this Consent Judgment are paid in full, shall become immediately due and payable directly to the U.S. Department of Labor by certified check to the Wage and Hour Division.  For the purposes of this paragraph, a

"default" is deemed to occur if payment is not received by Wage and Hour within five (5) calendar days of the due date.

10.   IT IS FURTHER ORDERED AND ADJUDGED that within 30 calendar days of the entry of this Consent Judgment, Defendants shall amend and maintain their recordkeeping and payroll practices to comply with the FLSA.  To accomplish the provisions of this paragraph, Defendants shall ensure that a time clock remains installed at each work location and ensure that each employee uses the time clock to accurately record in the employer's records the time the employee: (a) begins work each shift by clocking/punching in as soon as the employee enters the worksite and/or employer's premises; (b) begins any uninterrupted work-free meal or break period of 30 minutes or more by clocking/punching out at the beginning of the lunch period; (c) ends any uninterrupted work-free meal or break period of 30 minutes or more by clocking/punching in at the end of the uninterrupted work-free meal period; (d) ends work each shift by clocking/punching out just before the employee leaves the worksite and/or the employer's premises.

a.   For each work week, Defendants shall ensure that the hours of employees who work at different Waba Grill restaurants in the same workweek are aggregated for purposes of computing overtime pay due.

11.   IT IS FURTHER ORDERED AND ADJUDGED that Defendants take the additional actions listed in this paragraph to ensure future compliance with the FLSA:

a.   Within 60 days of the entry of this Consent Judgment, on a date and time mutually agreed upon by the parties, Defendants agree to host a representative from the Wage Hour Division at their worksite. The Wage Hour Representative will meet with Defendants' employees and inform them of the rights and pay they are entitled to under the Fair Labor Standards Act.  Employees' time during this meeting shall be treated as hours worked.

b.      As required by 29 C.F.R. § 516.4, Defendants shall post in common areas frequented by employees Department of Labor approved posters regarding the minimum wage and overtime provisions of the FLSA.  The posters may be found at https://www.dol.gov/whd/regs/compliance/posters/flsa.htm.

c.      Defendants shall post a copy of the attached Exhibit D at Defendants' Waba Grill establishments for no less than 180 days.  Exhibit D summarizes terms of the Consent Judgment and employees' rights under the FLSA.

12.    IT IS FURTHER ORDERED AND ADJUGED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Consent Judgment shall not act as or be asserted as a bar to any action under FLSA Section 16(b) as to any employee not named on the attached Exhibit A, nor as to any employee named on the attached Exhibit A for any period other than the back wage accrual period specified herein.

13.     IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.


DATED this _____26_____ day of _____January_____, 2017

_____

THE HONORABLE _S. James Otero_____
                                United States District Judge


ENTRY OF THIS JUDGMENT IS HEREBY CONSENTED

TO

Approved as to Form and Content:

For Fitbe, Inc.; Ha-Jireh Investment, Inc.; Jabez OK Corporation; JYKY, Inc.; Todah, Inc.; Yehah Corporation:

Kwang Hoon Oh
CEO

Dated: 1/6/2017

Kwang Hoon Oh, individually

Dated: 1/6/2017

Yong Bae Kong, individually

Dated: 1/6/2017

Victor Han, individually

Dated: 1/6/2017

Justin J. Park, individually

Dated: 1/6/2017

Presented by:

Dated: 01/18/2017

Janet M. Herold, Regional Solicitor

Demian Camacho, Trial Attorney

U.S. DEPARTMENT OF LABOR

Counsel for Plaintiff

**[PROPOSED] CONSENT JUDGMENT & ORDER**

**EXHIBIT A**

| Last Name | First Name | MI | Gross Back Wages | Liquidated Damages | Total Due |
|---|---|---|---|---|---|
| ACOSTA CRUZ | MARIA | I | $ 7,521.77 | $ 7,521.77 | $15,043.54 |
| ADRIANS | ASHLEY | | $ 537.91 | $ 537.91 | $1075.82 |
| AGUILAR | ANA | D | $ 1,923.35 | $ 1,923.35 | $3,846.70 |
| ALDANA | JOHNY | | $ 3,201.26 | $ 3,201.26 | $6,402.52 |
| ARANDA | ROCIO | | $ 99.37 | $ 99.37 | $198.74 |
| ARRECIS | RAUL | | $ 1,290.72 | $ 1,290.72 | $2,581.44 |
| ARRIAGA | ARACELY | | $ 689.26 | $ 689.26 | $1378.52 |
| AVELLANEDA | ANIBAL | | $ 27.97 | $ 27.97 | $55.94 |
| BARRITA | MIGUEL | | $ 9,149.00 | $ 9,149.00 | $18,298.00 |
| CENTENO | DARLENE | | $ 230.55 | $ 230.55 | $461.10 |
| CHAVEZ | BRENDA | | $ 248.99 | $ 248.99 | $497.98 |
| CHRISTEN (VALLE) | SANDRA | | $ 278.74 | $ 278.74 | $557.48 |
| CORNEJO | SAMUEL | | $ 898.87 | $ 898.87 | $1797.74 |
| DIAZ | ARTURO | | $ 1,372.13 | $ 1,372.13 | $2,744.26 |
| GAMES | ALONDRA | I | $ 215.88 | $ 215.88 | $431.76 |
| GARCIA | RICHARD | A | $ 238.49 | $ 238.49 | $476.98 |
| GARCIA JAVIER | FRANCISCO | | $ 5,415.04 | $ 5,415.04 | $10,830.08 |
| GAYTAN | JESSICA | | $ 451.44 | $ 451.44 | $902.88 |
| GOMEZ | JOSE | | $ 526.28 | $ 526.28 | $1052.56 |
| GONZALEZ | FABIOLA | | $ 76.12 | $ 76.12 | $152.24 |
| GONZALEZ MARTINEZ | ADRIANA | | $ 176.66 | $ 176.66 | $353.32 |
| HERNANDEZ | SANDRA | | $ 1,069.80 | $ 1,069.80 | $2,139.60 |
| JIMENEZ | EVELYN | S | $ 193.67 | $ 193.67 | $387.34 |
| LEMUS | ROCIO | | $ 15.74 | $ 15.74 | $31.48 |
| LOPEZ | EVIN | | $ 5,631.98 | $ 5,631.98 | $11,263.96 |
| LOPEZ | JUAN | A | $ 26.34 | $ 26.34 | $52.68 |
| LOPEZ | KARLA | | $ 2,332.07 | $ 2,332.07 | $4,664.14 |
| MARROQUIN AGUILAR | ERICKA | L | $ 1,597.79 | $ 1,597.79 | $3,195.58 |
| MAYORGA VILLEDA | EDER | A | $ 8,649.32 | $ 8,649.32 | $17,298.64 |
| MAYORGA VILLEDA | JEYRY | | $ 1,158.87 | $ 1,158.87 | $2,317.74 |
| MENDOZA | DOMINGO | | $ 7,795.62 | $ 7,795.62 | $15,591.24 |
| MENDOZA | MANUEL | | $ 4,015.32 | $ 4,015.32 | $8,030.64 |
| MORALES | HANS | A | $ 1,508.85 | $ 1,508.85 | $3,017.70 |
| MORALES | JUAN | | $ 1,107.46 | $ 1,107.46 | $2,214.92 |
| NOHEMI | MIGUEL | | $ 65.51 | $ 65.51 | $131.02 |
| NUNEZ | ALEJANDRO | | $ 43.75 | $ 43.75 | $87.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PONCE MARTINEZ | HERBER | A | $ | 38.67 | $ | 38.67 | $77.34 |
| QUIROZ | CRISTALEE | | $ | 197.00 | $ | 197.00 | $394.00 |
| RAYA | GUADALUPE | | $ | 251.47 | $ | 251.47 | $502.94 |
| REYES | LETICIA | | $ | 36.99 | $ | 36.99 | $73.98 |
| REYES | MERELYN | | $ | 178.11 | $ | 178.11 | $356.22 |
| REYES | RAFAEL | | $ | 19,569.08 | $ | 19,569.08 | $39,138.16 |
| RIOS | JESSICA | G | $ | 132.42 | $ | 132.42 | $264.84 |
| RIVERA | SALVADOR | | $ | 2,044.39 | $ | 2,044.39 | $4,088.78 |
| RODRIGUEZ | JULISSA | | $ | 62.60 | $ | 62.60 | $125.20 |
| ROJAS | NOEMI | | $ | 182.19 | $ | 182.19 | $364.38 |
| SANABRIA | CRISTINA | | $ | 953.27 | $ | 953.27 | $1906.54 |
| SANTOS | CRYSTELL | | $ | 267.14 | $ | 267.14 | $534.28 |
| SANTOS | DANIEL | | $ | 102.05 | $ | 102.05 | $204.10 |
| SEGURA | ALMA | | $ | 606.02 | $ | 606.02 | $1212.04 |
| SOSA | ALEXANDER | | $ | 9,683.85 | $ | 9,683.85 | $19,367.70 |
| SOSA | CESAR | | $ | 9,818.50 | $ | 9,818.50 | $19,637.00 |
| VALDEZ SALGADO | OLGA | | $ | 162.48 | $ | 162.48 | $324.96 |
| VALTIERRA | MICHELLE | | $ | 735.63 | $ | 735.63 | $1471.26 |
| VELASQUEZ | JUAN | | $ | 2,476.08 | $ | 2,476.08 | $4,952.16 |
| VENANCIO | GIOVANNI | | $ | 4,224.01 | $ | 4,224.01 | $8,448.02 |
| VICTORIANA | VIRIDIANA | | $ | 646.16 | $ | 646.16 | $1292.32 |
| **TOTALS** | | | **$122,150.00** | | **$122,150.00** | | **$244,300.00** |

**[PROPOSED] CONSENT JUDGMENT & ORDER**                    **Page 10 of 26**

# EXHIBIT B

### INSTALLMENT SCHEDULE

| Location | Payment No. | Date Due | Amount Due | Total Due |
|----------|-------------|----------|------------|-----------|
| ALL Locations | 1 | 02/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 2 | 03/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 3 | 04/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 4 | 05/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 5 | 06/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 6 | 07/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 7 | 08/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 8 | 09/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 9 | 10/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 10 | 11/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 11 | 12/01/2017 | $8676.71 | $8676.71 |
| ALL Locations | 12 | 01/01/2018 | $8676.71 | $8676.71 |
| ALL Locations | 13 | 02/01/2018 | $8676.71 | $8676.71 |
| ALL Locations | 14 | 03/01/2018 | $8676.71 | $8676.71 |
| ALL Locations | 15 | 04/01/2018 | $8676.73 | $8676.73 |
| **Totals** | | | **$130,150.67** | **$130,150.67** |

Page 1

**EXHIBIT C**

**Payroll Register Report**
From 12/21/2016 to 12/21/2016

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| **GARCIA , RICHARD  A** | **16** | **12/21/2016** | **Check #** | **Net 199.73** |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 238.49 | Federal W/H | 16.69 |
| | | | | Social Security | 14.79 |
| | | | | Medicare | 3.46 |
| | | | | State W/H | 1.67 |
| | | | | State Other | 2.15 |
| **Total Wages** | | | **238.49** | **Total Deductions** | **38.76** |

| **GARCIA JAVIER , FRANCISCO** | **17** | **12/21/2016** | **Check #** | **Net 4535.09** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 5415.04 | Federal W/H | 379.05 |
| | | | | Social Security | 335.73 |
| | | | | Medicare | 78.52 |
| | | | | State W/H | 37.91 |
| | | | | State Other | 48.74 |
| **Total Wages** | | | **5415.04** | **Total Deductions** | **879.95** |

| **GAYTAN, JESSICA** | **18** | **12/21/2016** | **Check #** | **Net 378.08** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 451.44 | Federal W/H | 31.60 |
| | | | | Social Security | 27.99 |
| | | | | Medicare | 6.55 |
| | | | | State W/H | 3.16 |
| | | | | State Other | 4.06 |
| **Total Wages** | | | **451.44** | **Total Deductions** | **73.36** |

| **GOMEZ , JOSE** | **19** | **12/21/2016** | **Check #** | **Net 440.76** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 526.28 | Federal W/H | 36.84 |
| | | | | Social Security | 32.63 |
| | | | | Medicare | 7.63 |
| | | | | State W/H | 3.68 |
| | | | | State Other | 4.74 |
| **Total Wages** | | | **526.28** | **Total Deductions** | **85.52** |

| **GONZALEZ, FABIOLA** | **20** | **12/21/2016** | **Check #** | **Net 63.75** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 76.12 | Federal W/H | 5.33 |
| | | | | Social Security | 4.72 |
| | | | | Medicare | 1.10 |
| | | | | State W/H | 0.53 |
| | | | | State Other | 0.69 |
| **Total Wages** | | | **76.12** | **Total Deductions** | **12.37** |

| **GONZALEZ MARTINEZ, ADRIANA** | **21** | **12/21/2016** | **Check #** | **Net 147.95** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|

Prepared by GSK LLP                                12/21/16 05:01 PM

WABA GRILL (WABA)                                                     Page 2

## Payroll Register Report
From 12/21/2016 to 12/21/2016

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|

| | | | 176.66 | Federal W/H | 12.37 |
| | | | | Social Security | 10.95 |
| | | | | Medicare | 2.56 |
| | | | | State W/H | 1.24 |
| | | | | State Other | 1.59 |
| **Total Wages** | | | **176.66** | **Total Deductions** | **28.71** |

**LOPEZ , JUAN A          22          12/21/2016  Check #          Net 22.07**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 26.34 | Federal W/H | 1.84 |
| | | | | Social Security | 1.63 |
| | | | | Medicare | 0.38 |
| | | | | State W/H | 0.18 |
| | | | | State Other | 0.24 |
| **Total Wages** | | | **26.34** | **Total Deductions** | **4.27** |

**HERNANDEZ, SANDRA          23          12/21/2016  Check #          Net 895.95**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1069.80 | Federal W/H | 74.89 |
| | | | | Social Security | 66.33 |
| | | | | Medicare | 15.51 |
| | | | | State W/H | 7.49 |
| | | | | State Other | 9.63 |
| **Total Wages** | | | **1069.80** | **Total Deductions** | **173.85** |

**JIMENEZ , EVELYN S          24          12/21/2016  Check #          Net 162.19**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 193.67 | Federal W/H | 13.56 |
| | | | | Social Security | 12.01 |
| | | | | Medicare | 2.81 |
| | | | | State W/H | 1.36 |
| | | | | State Other | 1.74 |
| **Total Wages** | | | **193.67** | **Total Deductions** | **31.48** |

**LEMUS, ROCIO          25          12/21/2016  Check #          Net 13.18**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 15.74 | Federal W/H | 1.10 |
| | | | | Social Security | 0.98 |
| | | | | Medicare | 0.23 |
| | | | | State W/H | 0.11 |
| | | | | State Other | 0.14 |
| **Total Wages** | | | **15.74** | **Total Deductions** | **2.56** |

**LOPEZ , EVIN          26          12/21/2016  Check #          Net 4716.79**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 5631.98 | Federal W/H | 394.24 |
| | | | | Social Security | 349.18 |
| | | | | Medicare | 81.66 |
| | | | | State W/H | 39.42 |

Prepared by GSK LLP                                          12/21/16 05:01 PM

**[PROPOSED] CONSENT JUDGMENT & ORDER**                          **Page 13 of 26**

WABA GRILL (WABA)                                        Page 3

## Payroll Register Report
From 12/21/2016 to 12/21/2016

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|

|  |  |  | State Other | 50.69 |
| **Total Wages** |  | **5631.98** | **Total Deductions** | **915.19** |

| **LOPEZ, KARLA** | **28** | **12/21/2016** | **Check #** | **Net 1953.11** |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 2332.07 | Federal W/H | 163.24 |
|  |  |  |  | Social Security | 144.59 |
|  |  |  |  | Medicare | 33.82 |
|  |  |  |  | State W/H | 16.32 |
|  |  |  |  | State Other | 20.99 |
| **Total Wages** |  |  | **2332.07** | **Total Deductions** | **378.96** |

| **MARROQUIN AGUILAR, ERICKA L** | **29** | **12/21/2016** | **Check #** | **Net 1338.15** |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 1597.79 | Federal W/H | 111.85 |
|  |  |  |  | Social Security | 99.06 |
|  |  |  |  | Medicare | 23.17 |
|  |  |  |  | State W/H | 11.18 |
|  |  |  |  | State Other | 14.38 |
| **Total Wages** |  |  | **1597.79** | **Total Deductions** | **259.64** |

| **MAYORGA VILLEDA, EDER A** | **31** | **12/21/2016** | **Check #** | **Net 7243.80** |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 8649.32 | Federal W/H | 605.45 |
|  |  |  |  | Social Security | 536.26 |
|  |  |  |  | Medicare | 125.42 |
|  |  |  |  | State W/H | 60.55 |
|  |  |  |  | State Other | 77.84 |
| **Total Wages** |  |  | **8649.32** | **Total Deductions** | **1405.52** |

| **MAYORGA VILLEDA, JEYRY** | **32** | **12/21/2016** | **Check #** | **Net 970.56** |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 1158.87 | Federal W/H | 81.12 |
|  |  |  |  | Social Security | 71.85 |
|  |  |  |  | Medicare | 16.80 |
|  |  |  |  | State W/H | 8.11 |
|  |  |  |  | State Other | 10.43 |
| **Total Wages** |  |  | **1158.87** | **Total Deductions** | **188.31** |

| **MENDOZA, DOMINGO** | **33** | **12/21/2016** | **Check #** | **Net 6528.83** |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 7795.62 | Federal W/H | 545.69 |
|  |  |  |  | Social Security | 483.33 |
|  |  |  |  | Medicare | 113.04 |
|  |  |  |  | State W/H | 54.57 |
|  |  |  |  | State Other | 70.16 |
| **Total Wages** |  |  | **7795.62** | **Total Deductions** | **1266.79** |

Prepared by GSK LLP                                 12/21/16 05:01 PM

WABA GRILL (WABA)                                                    Page 4

**Payroll Register Report**
From 12/21/2016 to 12/21/2016

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| **MENDOZA , MANUEL** | 34 | 12/21/2016 | Check # | Net 3362.83 |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 4015.32 | Federal W/H | 281.07 |
| | | | | Social Security | 248.95 |
| | | | | Medicare | 58.22 |
| | | | | State W/H | 28.11 |
| | | | | State Other | 36.14 |
| **Total Wages** | | | **4015.32** | **Total Deductions** | **652.49** |

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| **MORALES, HANS  A** | 35 | 12/21/2016 | Check # | Net 1263.66 |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1508.85 | Federal W/H | 105.62 |
| | | | | Social Security | 93.55 |
| | | | | Medicare | 21.88 |
| | | | | State W/H | 10.56 |
| | | | | State Other | 13.58 |
| **Total Wages** | | | **1508.85** | **Total Deductions** | **245.19** |

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| **MORALES, JUAN** | 36 | 12/21/2016 | Check # | Net 927.50 |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1107.46 | Federal W/H | 77.52 |
| | | | | Social Security | 68.66 |
| | | | | Medicare | 16.06 |
| | | | | State W/H | 7.75 |
| | | | | State Other | 9.97 |
| **Total Wages** | | | **1107.46** | **Total Deductions** | **179.96** |

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| **NOHEMI, MIGUEL** | 37 | 12/21/2016 | Check # | Net 54.86 |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 65.51 | Federal W/H | 4.59 |
| | | | | Social Security | 4.06 |
| | | | | Medicare | 0.95 |
| | | | | State W/H | 0.46 |
| | | | | State Other | 0.59 |
| **Total Wages** | | | **65.51** | **Total Deductions** | **10.65** |

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| **NUNEZ, ALEJANDRO** | 38 | 12/21/2016 | Check # | Net 36.65 |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 43.75 | Federal W/H | 3.06 |
| | | | | Social Security | 2.71 |
| | | | | Medicare | 0.63 |
| | | | | State W/H | 0.31 |
| | | | | State Other | 0.39 |
| **Total Wages** | | | **43.75** | **Total Deductions** | **7.10** |

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| **PONCE MARTINEZ, HERBER A** | 39 | 12/21/2016 | Check # | Net 32.38 |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|

Prepared by GSK LLP                                        12/21/16 05:01 PM

WABA GRILL (WABA)                                        Page 5

## Payroll Register Report
**From 12/21/2016 to 12/21/2016**

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|

Regular Pay ... 38.67
Federal W/H 2.71
Social Security 2.40
Medicare 0.56
State W/H 0.27
State Other 0.35
**Total Wages 38.67  Total Deductions 6.29**

**QUIROZ, CRISTALEE  40  12/21/2016  Check #   Net 164.99**
For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 197.00 | Federal W/H | 13.79 |
| | | | | Social Security | 12.21 |
| | | | | Medicare | 2.86 |
| | | | | State W/H | 1.38 |
| | | | | State Other | 1.77 |
| **Total Wages** | | | **197.00** | **Total Deductions** | **32.01** |

**RAYA, GUADALUPE  41  12/21/2016  Check #   Net 210.61**
For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 251.47 | Federal W/H | 17.60 |
| | | | | Social Security | 15.59 |
| | | | | Medicare | 3.65 |
| | | | | State W/H | 1.76 |
| | | | | State Other | 2.26 |
| **Total Wages** | | | **251.47** | **Total Deductions** | **40.86** |

**REYES, LETICIA  42  12/21/2016  Check #   Net 30.98**
For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 36.99 | Federal W/H | 2.59 |
| | | | | Social Security | 2.29 |
| | | | | Medicare | 0.54 |
| | | | | State W/H | 0.26 |
| | | | | State Other | 0.33 |
| **Total Wages** | | | **36.99** | **Total Deductions** | **6.01** |

**REYES, MERELYN  44  12/21/2016  Check #   Net 149.17**
For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 178.11 | Federal W/H | 12.47 |
| | | | | Social Security | 11.04 |
| | | | | Medicare | 2.58 |
| | | | | State W/H | 1.25 |
| | | | | State Other | 1.60 |
| **Total Wages** | | | **178.11** | **Total Deductions** | **28.94** |

**REYES , RAFAEL  45  12/21/2016  Check #   Net 16389.11**
For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 19569.08 | Federal W/H | 1369.84 |
| | | | | Social Security | 1213.28 |
| | | | | Medicare | 283.75 |
| | | | | State W/H | 136.98 |

Prepared by GSK LLP                          12/21/16 05:01 PM

WABA GRILL (WABA)                                                        Page 6

## Payroll Register Report
**From 12/21/2016 to 12/21/2016**

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|

|  |  |  | State Other | 176.12 |
| **Total Wages** |  | **19569.08** | **Total Deductions** | **3179.97** |

**RIOS , JESSICA G**     46     12/21/2016   Check #          Net 110.90

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 132.42 | Federal W/H | 9.27 |
|  |  |  |  | Social Security | 8.21 |
|  |  |  |  | Medicare | 1.92 |
|  |  |  |  | State W/H | 0.93 |
|  |  |  |  | State Other | 1.19 |
| **Total Wages** |  |  | **132.42** | **Total Deductions** | **21.52** |

**RIVERA, SALVADOR**     47     12/21/2016   Check #          Net 1712.18

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 2044.39 | Federal W/H | 143.11 |
|  |  |  |  | Social Security | 126.75 |
|  |  |  |  | Medicare | 29.64 |
|  |  |  |  | State W/H | 14.31 |
|  |  |  |  | State Other | 18.40 |
| **Total Wages** |  |  | **2044.39** | **Total Deductions** | **332.21** |

**RODRIGUEZ, JULISSA**     48     12/21/2016   Check #          Net 52.43

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 62.60 | Federal W/H | 4.38 |
|  |  |  |  | Social Security | 3.88 |
|  |  |  |  | Medicare | 0.91 |
|  |  |  |  | State W/H | 0.44 |
|  |  |  |  | State Other | 0.56 |
| **Total Wages** |  |  | **62.60** | **Total Deductions** | **10.17** |

**ROJAS, NOEMI**     49     12/21/2016   Check #          Net 152.58

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 182.19 | Federal W/H | 12.75 |
|  |  |  |  | Social Security | 11.30 |
|  |  |  |  | Medicare | 2.64 |
|  |  |  |  | State W/H | 1.28 |
|  |  |  |  | State Other | 1.64 |
| **Total Wages** |  |  | **182.19** | **Total Deductions** | **29.61** |

**SANABRIA, CRISTINA**     50     12/21/2016   Check #          Net 798.37

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay |  |  | 953.27 | Federal W/H | 66.73 |
|  |  |  |  | Social Security | 59.10 |
|  |  |  |  | Medicare | 13.82 |
|  |  |  |  | State W/H | 6.67 |
|  |  |  |  | State Other | 8.58 |
| **Total Wages** |  |  | **953.27** | **Total Deductions** | **154.90** |

Prepared by GSK LLP                                    12/21/16 05:01 PM

WABA GRILL (WABA)                                                      Page 7

**Payroll Register Report**
From 12/21/2016 to 12/21/2016

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| **SANTOS , CRYSTELL** | **51** | **12/21/2016** | **Check #** | **Net 223.74** |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 267.14 | Federal W/H | 18.70 |
| | | | | Social Security | 16.56 |
| | | | | Medicare | 3.87 |
| | | | | State W/H | 1.87 |
| | | | | State Other | 2.40 |
| **Total Wages** | | | **267.14** | **Total Deductions** | **43.40** |

| **SANTOS, DANIEL** | **52** | **12/21/2016** | **Check #** | **Net 85.47** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 102.05 | Federal W/H | 7.14 |
| | | | | Social Security | 6.33 |
| | | | | Medicare | 1.48 |
| | | | | State W/H | 0.71 |
| | | | | State Other | 0.92 |
| **Total Wages** | | | **102.05** | **Total Deductions** | **16.58** |

| **SEGURA, ALMA** | **53** | **12/21/2016** | **Check #** | **Net 507.55** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 606.02 | Federal W/H | 42.42 |
| | | | | Social Security | 37.57 |
| | | | | Medicare | 8.79 |
| | | | | State W/H | 4.24 |
| | | | | State Other | 5.45 |
| **Total Wages** | | | **606.02** | **Total Deductions** | **98.47** |

| **SOSA , ALEXANDER** | **54** | **12/21/2016** | **Check #** | **Net 8110.22** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 9683.85 | Federal W/H | 677.87 |
| | | | | Social Security | 600.40 |
| | | | | Medicare | 140.42 |
| | | | | State W/H | 67.79 |
| | | | | State Other | 87.15 |
| **Total Wages** | | | **9683.85** | **Total Deductions** | **1573.63** |

| **SOSA , CESAR** | **55** | **12/21/2016** | **Check #** | **Net 8222.98** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 9818.50 | Federal W/H | 687.30 |
| | | | | Social Security | 608.75 |
| | | | | Medicare | 142.37 |
| | | | | State W/H | 68.73 |
| | | | | State Other | 88.37 |
| **Total Wages** | | | **9818.50** | **Total Deductions** | **1595.52** |

| **VALDEZ SALGADO, OLGA** | **56** | **12/21/2016** | **Check #** | **Net 136.08** |
|---|---|---|---|---|

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|

Prepared by GSK LLP                                          12/21/16 05:01 PM

**[PROPOSED] CONSENT JUDGMENT & ORDER**                    **Page 18 of 26**

WABA GRILL (WABA)                                                      Page 8

## Payroll Register Report
### From 12/21/2016 to 12/21/2016

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|

| | | | Regular Pay | 162.48 | Federal W/H | 11.37 |
|---|---|---|---|---|---|---|

| | | | | Social Security | 10.07 |
| | | | Medicare | 2.36 |
| | | | State W/H | 1.14 |
| | | | State Other | 1.46 |
| **Total Wages** | | | 162.48 **Total Deductions** | **26.40** |

**VALTIERRA, MICHELLE**     **57**     **12/21/2016   Check #**     **Net 616.09**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 735.63 | Federal W/H | 51.49 |
| | | | | Social Security | 45.61 |
| | | | | Medicare | 10.67 |
| | | | | State W/H | 5.15 |
| | | | | State Other | 6.62 |
| **Total Wages** | | | **735.63** | **Total Deductions** | **119.54** |

**VELASQUEZ, JUAN**     **58**     **12/21/2016   Check #**     **Net 2073.72**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 2476.08 | Federal W/H | 173.33 |
| | | | | Social Security | 153.52 |
| | | | | Medicare | 35.90 |
| | | | | State W/H | 17.33 |
| | | | | State Other | 22.28 |
| **Total Wages** | | | **2476.08** | **Total Deductions** | **402.36** |

**VENANCIO, GIOVANNI**     **59**     **12/21/2016   Check #**     **Net 3537.60**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 4224.01 | Federal W/H | 295.68 |
| | | | | Social Security | 261.89 |
| | | | | Medicare | 61.25 |
| | | | | State W/H | 29.57 |
| | | | | State Other | 38.02 |
| **Total Wages** | | | **4224.01** | **Total Deductions** | **686.41** |

**VICTORIANO, VIRIDIANA**     **60**     **12/21/2016   Check #**     **Net 541.16**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 646.16 | Federal W/H | 45.23 |
| | | | | Social Security | 40.06 |
| | | | | Medicare | 9.37 |
| | | | | State W/H | 4.52 |
| | | | | State Other | 5.82 |
| **Total Wages** | | | **646.16** | **Total Deductions** | **105.00** |

**ACOSTA CRUZ, MARIA I**     **1**     **12/21/2016   Check # 1**     **Net 6299.48**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 7521.77 | Federal W/H | 526.52 |
| | | | | Social Security | 466.35 |
| | | | | Medicare | 109.07 |
| | | | | State W/H | 52.65 |

Prepared by GSK LLP                                        12/21/16 05:01 PM

**[PROPOSED] CONSENT JUDGMENT & ORDER**                          **Page 19 of 26**

WABA GRILL (WABA)                                                                 Page 9

**Payroll Register Report**
**From 12/21/2016 to 12/21/2016**

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| | | | State Other | 67.70 |
| **Total Wages** | | **7521.77** | **Total Deductions** | **1222.29** |

**ADRIANS , ASHLEY**          2          12/21/2016   Check # 2          Net 450.50

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 537.91 | Federal W/H | 37.65 |
| | | | | Social Security | 33.35 |
| | | | | Medicare | 7.80 |
| | | | | State W/H | 3.77 |
| | | | | State Other | 4.84 |
| **Total Wages** | | | **537.91** | **Total Deductions** | **87.41** |

**AGUILAR, ANA  D**          3          12/21/2016   Check # 3          Net 1610.81

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1923.35 | Federal W/H | 134.63 |
| | | | | Social Security | 119.25 |
| | | | | Medicare | 27.89 |
| | | | | State W/H | 13.46 |
| | | | | State Other | 17.31 |
| **Total Wages** | | | **1923.35** | **Total Deductions** | **312.54** |

**ALDANA, JOHNY**          4          12/21/2016   Check # 4          Net 2681.05

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 3201.26 | Federal W/H | 224.09 |
| | | | | Social Security | 198.48 |
| | | | | Medicare | 46.42 |
| | | | | State W/H | 22.41 |
| | | | | State Other | 28.81 |
| **Total Wages** | | | **3201.26** | **Total Deductions** | **520.21** |

**ARANDA , ROCIO**          5          12/21/2016   Check # 5          Net 83.22

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 99.37 | Federal W/H | 6.96 |
| | | | | Social Security | 6.16 |
| | | | | Medicare | 1.44 |
| | | | | State W/H | 0.70 |
| | | | | State Other | 0.89 |
| **Total Wages** | | | **99.37** | **Total Deductions** | **16.15** |

**ARRECIS, RAUL**          6          12/21/2016   Check # 6          Net 1080.97

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1290.72 | Federal W/H | 90.35 |
| | | | | Social Security | 80.02 |
| | | | | Medicare | 18.72 |
| | | | | State W/H | 9.04 |
| | | | | State Other | 11.62 |
| **Total Wages** | | | **1290.72** | **Total Deductions** | **209.75** |

Prepared by GSK LLP                                          12/21/16 05:01 PM

WABA GRILL (WABA)                                                        Page 10

**Payroll Register Report**
From 12/21/2016 to 12/21/2016

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|
| **ARRIAGA, ARACELY** | **7** | **12/21/2016** | **Check # 7** | **Net 577.27** |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 689.26 | Federal W/H | 48.25 |
| | | | | Social Security | 42.73 |
| | | | | Medicare | 9.99 |
| | | | | State W/H | 4.82 |
| | | | | State Other | 6.20 |
| **Total Wages** | | | **689.26** | **Total Deductions** | **111.99** |

| | | | | | |
|---|---|---|---|---|---|
| **AVELLANEDA, ANIBAL** | **8** | **12/21/2016** | **Check # 8** | **Net 23.42** | |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 27.97 | Federal W/H | 1.96 |
| | | | | Social Security | 1.73 |
| | | | | Medicare | 0.41 |
| | | | | State W/H | 0.20 |
| | | | | State Other | 0.25 |
| **Total Wages** | | | **27.97** | **Total Deductions** | **4.55** |

| | | | | | |
|---|---|---|---|---|---|
| **BARRITA, MIGUEL** | **9** | **12/21/2016** | **Check # 9** | **Net 7662.29** | |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 9149.00 | Federal W/H | 640.43 |
| | | | | Social Security | 567.24 |
| | | | | Medicare | 132.66 |
| | | | | State W/H | 64.04 |
| | | | | State Other | 82.34 |
| **Total Wages** | | | **9149.00** | **Total Deductions** | **1486.71** |

| | | | | | |
|---|---|---|---|---|---|
| **CENTENO, DARLENE** | **10** | **12/21/2016** | **Check # 10** | **Net 193.10** | |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 230.55 | Federal W/H | 16.14 |
| | | | | Social Security | 14.29 |
| | | | | Medicare | 3.34 |
| | | | | State W/H | 1.61 |
| | | | | State Other | 2.07 |
| **Total Wages** | | | **230.55** | **Total Deductions** | **37.45** |

| | | | | | |
|---|---|---|---|---|---|
| **CHAVEZ, BRENDA** | **11** | **12/21/2016** | **Check # 11** | **Net 208.53** | |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 248.99 | Federal W/H | 17.43 |
| | | | | Social Security | 15.44 |
| | | | | Medicare | 3.61 |
| | | | | State W/H | 1.74 |
| | | | | State Other | 2.24 |
| **Total Wages** | | | **248.99** | **Total Deductions** | **40.46** |

| | | | | | |
|---|---|---|---|---|---|
| **CHRISTEN(VALLE), SANDRA** | **12** | **12/21/2016** | **Check # 12** | **Net 233.45** | |

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|

Prepared by GSK LLP                                    12/21/16 05:01 PM

WABA GRILL (WABA)                                                    Page 11

**Payroll Register Report**
**From 12/21/2016 to 12/21/2016**

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|

| Regular Pay | | 278.74 | Federal W/H | 19.51 |
| | | | Social Security | 17.28 |
| | | | Medicare | 4.04 |
| | | | State W/H | 1.95 |
| | | | State Other | 2.51 |
| **Total Wages** | | **278.74** | **Total Deductions** | **45.29** |

**CORNEJO, SAMUEL          13          12/21/2016  Check # 13          Net 752.81**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 898.87 | Federal W/H | 62.92 |
| | | | | Social Security | 55.73 |
| | | | | Medicare | 13.03 |
| | | | | State W/H | 6.29 |
| | | | | State Other | 8.09 |
| **Total Wages** | | | **898.87** | **Total Deductions** | **146.06** |

**DIAZ, ARTURO          14          12/21/2016  Check # 14          Net 1149.16**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1372.13 | Federal W/H | 96.05 |
| | | | | Social Security | 85.07 |
| | | | | Medicare | 19.90 |
| | | | | State W/H | 9.60 |
| | | | | State Other | 12.35 |
| **Total Wages** | | | **1372.13** | **Total Deductions** | **222.97** |

**GAMES, ALONDRA  I          15          12/21/2016  Check # 15          Net 180.81**

For 12/21/2016 to 12/21/2016

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 215.88 | Federal W/H | 15.11 |
| | | | | Social Security | 13.38 |
| | | | | Medicare | 3.13 |
| | | | | State W/H | 1.51 |
| | | | | State Other | 1.94 |
| **Total Wages** | | | **215.88** | **Total Deductions** | **35.07** |

**Total All Employees**

| Regular Pay | 122150.00 | Federal W/H | 8550.49 |
|---|---|---|---|
| | | Social Security | 7573.27 |
| | | Medicare | 1771.20 |
| | | State W/H | 855.04 |
| | | State Other | 1099.33 |
| **Total Wages** | **122150.00** | **Total Deductions** | **19849.33** |
| | | **Net Payroll** | **102300.67** |
| | | | **122150.00** |

**Total Checks          57**

Prepared by GSK LLP                                    12/21/16 05:01 PM

**[PROPOSED] CONSENT JUDGMENT & ORDER**                          **Page 22 of 26**

EXHIBIT D

# NOTICE OF LEGAL RIGHTS

In January 2017, the U.S. Department of Labor sued **Waba Grill** because they violated the Fair Labor Standards Act (FLSA), the federal law that requires employers to pay minimum wage and overtime to their employees.

To settle this lawsuit, Waba Grill shall pay back wages and damages to employees who were not correctly paid and have promised to comply with the FLSA in the future.

<u>You have legal rights under the FLSA, including:</u>

➢ The right to be paid at least the minimum wage for all the hours that you work;

➢ The right to be paid overtime at a rate of 1.5 times your regular rate for all the hours that you work over 40 in a workweek;

➢ The right to have all hours you work for Waba Grill in a workweek to be combined for purposes of computing overtime even if you work in multiple locations;

➢ The right to speak freely with Labor Department investigators and officials;

➢ The right to be free from retaliation because you spoke to the Labor Department; complained to your employer that you weren't being paid correctly; or received a payment as part of this settlement.

NOBODY CAN ASK YOU TO RETURN ANY MONEY RECEIVED IN THIS SETTLEMENT.

If you think your employer has not correctly paid you for all hours you worked, including any overtime premium for hours worked over 40 in a workweek, or if you believe they have taken action against you because you spoke with the Department of Labor or received a payment under the settlement agreement,

**[PROPOSED] CONSENT JUDGMENT & ORDER**                    **Page 23 of 26**

you can call the U.S. Department of Labor to make a confidential complaint.  **The phone number is 1-866-4US-WAGE.**

# **AVISO DE DERECHOS LEGALES**

En enero de 2017, el Departamento de Trabajo de los Estados Unidos demandó a **Waba Grill** por violar la Ley de Normas de Trabajo Justo (FLSA), la ley federal que exige a los empleadores pagar el salario mínimo y sobretiempo a sus empleados.

Para resolver esta demanda, Waba Grill pagará salarios y daños a los empleados que no fueron pagados correctamente y han prometido cumplir con la FLSA en el futuro.

Usted tiene derechos legales bajo la FLSA, incluyendo:

➢ El derecho a ser pagado por lo menos el salario mínimo por todas las horas que usted trabaja;

➢ El derecho a ser pagado horas extras a una tasa de 1.5 veces su tarifa regular por todas las horas que usted trabaja sobre 40 en una semana de trabajo;

➢ El derecho a que las horas que trabaja en una semana, sin importar en que locación de Waba Grill, sean combinadas con el fin de calcular si trabajo tiempo extra;

➢ El derecho a hablar libremente con los investigadores y funcionarios del Departamento del Trabajo;

➢ El derecho a estar libre de represalias porque hablaste con el Departamento de Trabajo; porque se quejó con su empleador de que usted no estaba siendo pagado correctamente; porque recibió un pago como parte de este acuerdo.

NADIE PUEDE PEDIR QUE USTED REGRESE NINGÚN DINERO RECIBIDO BAJO ESTE ACUERDO.

Si cree que su empleador no le pagó correctamente por todas las horas que trabajó, incluyendo sobretiempo por horas trabajadas sobre 40 en una semana de trabajo, o si cree que ha tomado acción en su contra porque habló con el Departa-

mento de Trabajo o recibió un pago bajo este acuerdo, puede llamar al Departa-mento de Trabajo de los Estados Unidos para presentar una queja confidencial. **El número de teléfono es 1-866-4US-WAGE.**